

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
|  |  | No. 08-16-00128-CV |
| IN RE: | § |  |
|  |  | AN ORIGINAL PROCEEDING |
|  | § |  |
| TIFFANY SUZANNE WALLIS, |  | IN MANDAMUS |
|  | § |  |
| Relator. |  |  |
|  | § |  |
|  |  |  |
|  | § |  |

## **MEMORANDUM OPINION**

Pending before the Court is Relator's motion requesting dismissal of this original proceeding because the underlying dispute has been resolved. *See* TEX.R.APP.P. 42.1(a). We grant the motion and dismiss this original proceeding.


STEVEN L. HUGHES, Justice

July 29, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.